**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-EASTERN DISTRICT**

In the Matter of:

Ellen Janetzke

Case No. 09-43705
Chapter 7
Honorable Walter Shapero

Debtor(s).

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of **$123.84** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| (Creditor) | (Claim No.) | (Amount) |
|---|---|---|
| 1. Roundup Funding, LLC | 5 | $123.84 |
| | **Total:** | **$123.84** |

Dated: May 14, 2010

/s/ Michael A. Stevenson
Michael A. Stevenson, Trustee
Stevenson & Bullock, P.L.C.
26100 American Drive, Suite 500
Southfield, MI 48034